# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. ENO, | ) |
| | ) No. 2:10-CV-01691-FCD-JFM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER GRANTING** |
| KENNETH L. SALAZAR, Secretary, | ) **PLAINTIFF'S UNOPPOSED REQUEST** |
| U.S. Department of the Interior; *et al.*, | ) **FOR ENLARGEMENT OF THE PAGE** |
| | ) **LIMIT** |
| Defendants. | ) |
| | ) |
| | ) |

THIS MATTER having come before this Court on Plaintiff's Unopposed Request for Enlargement of the Page Limit, and this Court having reviewed the Request and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiff's Request is GRANTED and Plaintiff's memorandum in support of his motion for summary judgment shall not exceed thirty (30) pages.

DATED this 19th day of November, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1